IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL B. OWENS,

Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D14-3655

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed November 13, 2014.

An appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

Michael B. Owens, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

BENTON, CLARK, and ROWE, JJ., CONCUR.